UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENGLIN ZHANG,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS et al.,<br><br>    Defendants. | Case No. 2-24-cv-05594-SB-AS<br><br>ORDER TO SHOW CAUSE |

    Plaintiff filed this case on July 2, 2024.  Dkt. No. 1.  On July 12, 2024, the Court issued an order titled "Notice to Self-Represented Litigant" which set forth the requirements for prosecuting a case against the government in this Court, and which set a status conference for August 9, 2024, at 8:30 a.m. in Courtroom 6C, with a report on the progress of service due to be filed by August 2, 2024.  Dkt. No. 7.  Plaintiff failed to file his report.  Plaintiff further failed to appear at the status conference on August 9, which the Court continued to September 13.

    Federal Rule of Civil Procedure 16 requires parties to appear at conferences ordered by the Court and grants the Court authority to sanction parties for failure to appear.  Fed. R. Civ. P. 16(a), (f).  Accordingly, the Court issues an order to show cause (OSC) why Plaintiff should not be sanctioned for failure to file the status report as ordered by the Court and for failing to appear at the August 9, 2024 status conference.  Plaintiff shall issue a written response to this order explaining the reasons for his non-appearance and providing an update on the status of service by no later than September 5, 2024.  Plaintiff shall be prepared to address the OSC at the continued status conference set for September 13 at 8:30 a.m. in Courtroom 6C.  Failure to timely file the required response or to appear at the continued status conference may be construed as consent to dismissal of the case without prejudice.

Date: August 9, 2024

                                                                Stanley Blumenfeld, Jr.
                                                              United States District Judge